# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162481

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY ADAMS, JR.,
      Defendant-Appellant.

SC: 162481
COA: 349489
Wayne CC: 15-010388-FC

_____/

On order of the Court, the application for leave to appeal the October 22, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate due to a familial relationship with counsel of record.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



a0322

Clerk